UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ROSEANN L. GRANT,      )<br>                               )<br>     Plaintiff,                 )<br>                               )<br>v.                             )<br>                               )<br>MICHAEL J. ASTRUE,    )<br>Commissioner of Social Security, )<br>                               )<br>     Defendant.             ) | Case No. 1:08-cv-197<br>Judge Edgar |

## MEMORANDUM AND ORDER

Plaintiff Roseann L. Grant brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final administrative decision of the Commissioner of Social Security denying her supplemental security income (SSI) under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383f. This case was referred to United States Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) for a report and recommendation. Magistrate Judge Lee filed her report and recommendation on June 12, 2009. [Doc. No. 21].

The parties have not timely filed any objections. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

Accordingly, the plaintiff's motion for judgment on the pleadings [Doc. No. 13] is **GRANTED**. The defendant's motion for summary judgment [Doc. No. 18] is **DENIED** pursuant to Fed. R. Civ. P. 56. The administrative decision of the Commissioner of Social Security is

1

**REVERSED**. Pursuant to sentence six of 42 U.S.C. § 405(g) this case is **REMANDED** to the Commissioner of Social Security for further administrative proceedings and reconsideration consistent with the Magistrate Judge's report and recommendation.

SO ORDERED.

ENTER this the 29th day of June, 2009.

                                  */s/ R. Allan Edgar*
                                  R. ALLAN EDGAR
                              UNITED STATES DISTRICT JUDGE